U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

JAMES FREDERICK LINN

versus

SEAN SCHNEAL, ET AL.

CIVIL ACTION NO. 06-1851
JUDGE TOM STAGG

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,[1] and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding his arrest, search, seizure and detention are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e) until such time as the Heck conditions are met and that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana this the 16th day of January, 2007.

JUDGE TOM STAGG

---

[1] The court is aware that the plaintiff was convicted before filing the instant suit and finds that this information does not change the Magistrate Judge's analysis.